1
2
3
4
5

David Kazemba
dkazemba@overcastlaw.com
David Visser
david@overcastlaw.com
**Overcast Law Offices**
23 South Wenatchee Ave., Suite 320
Wenatchee, WA 98801
Tel:  (509) 663-5588
Fax:  (509) 662-5508

6

Attorneys for Defendants

7
8
9
10
11

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# AT SEATTLE

12
13
14
15
16
17
18
19
20

**TONY HONG**, an individual,

       Plaintiff,

    v.

**RECREATIONAL EQUIPMENT, INC.**, a Washington corporation, **SAMUEL KRIEG**, an individual d/b/a KRIEG CLIMBING CYCLING, KRIEG USA, and DOES 1-10, inclusive,

       Defendants.

Case No. 2:19-cv-00951-JLR

**DECLARATION OF SAMUEL KRIEG IN SUPPORT OF MOTION TO DISMISS AND TO TRANSFER VENUE**

NOTE ON MOTION CALENDAR:
September 13, 2019

Honorable James L. Robart

21
22
23
24
25
26
27
28

    I, Samuel Krieg, declare and state as follows:

    1.    I am a Defendant in this action and do business as "Krieg Climbing" which operates as Krieg LLC.  I have personal knowledge of the facts stated herein, and if called to testify as a witness, I could and would testify competently thereto.

    2.    I first received a copy of this complaint which was filed in California on February 5, 2019, at my home/business in Pocatello, Idaho.  This complaint was dismissed on May 15, 2019 based on lack of jurisdiction.  On June 6, 2019, this

DECLARATION OF SAMUEL KRIEG IN SUPPORT OF
MOTION TO DISMISS AND TO TRANSFER VENUE - 1

**OVERCAST LAW OFFICES, PS**
23 South Wenatchee Avenue, Suite 320
Wenatchee, WA 98801
Telephone (509) 663-5588

1   action was re-filed in Washington, not in my home state of Idaho.  No additional

2   substantive information was added to this complaint when it was re-issued.

3       3.    I have lived in Idaho for 15 years where I sew and create chalk bags for

4   rock climbing.  In 2018, my total business income was $24,218.  Total profits on the

5   products identified in the lawsuit were $600 to $750 over a 3-year period for

6   approximately $2100 in total profit before taxes and other expenses.  During those 3

7   years I was never contacted about use of this image, nor did I have any knowledge

8   of the Plaintiff or a potential conflict.  I have never lived in California or

9   Washington.  I have never done primary business in either state, with the exception

10  that a small percentage of my products may have been purchased by customers who

11  live in California or Washington.

12      4.    I created the accused infringing design in July of 2015.  At the time I

13  found the artwork and several other tree ring designs, which inspired my chalk bags,

14  the artwork had no Copyright Management Information (CMI) or other indication

15  that anyone owned exclusive rights to it, or that it could not be used as inspiration

16  for derivative designs.  The same artwork is still currently available on many

17  websites and is easily downloadable with no CMI markings of any kind.  The

18  artworks I used were not altered or manipulated in any way to remove copyright or

19  any other form of authorship.  There are numerous tree ring artworks and clip art

20  available online that resemble similar tree ring designs.  I believe that my chalk bag

21  is simply natural circular tree rings.  I was never aware of nor was I ever contacted

22  about information suggesting a copyright for this artwork until I learned about this

23  lawsuit.

24      5.    By the time I received this complaint from the Plaintiff, all use had

25  discontinued.  No future use will occur.  The original version was last made in 2015,

26  and the "Big Foot" bag was last produced in November 2017.  In sum, we stopped

27  using this design approximately one year before this suit was filed.  No current

28

DECLARATION OF SAMUEL KRIEG IN SUPPORT OF
MOTION TO DISMISS AND TO TRANSFER VENUE - 2

1   inventory or product is available with this design included, and no future use will

2   occur.

3       6.      When I was first made aware of this complaint, we offered the Plaintiff

4   a settlement of $5000 which is more than double the amount of any profit that was

5   made on this bag.  This offer was made in good faith to provide a reasonable amount

6   to honor the Plaintiff's complaint and to avoid excessive legal conflicts.  The

7   Plaintiff's response to this offer was to request a $260,000.00 combined settlement

8   from REI and me.  This amount of money would bankrupt me professionally and

9   personally and, I believe, is an unreasonable and unjustified request.  The Plaintiff

10  and his counsel provided no information regarding why they were requesting this

11  amount nor why they deemed this amount reasonable.

12      7.      The Plaintiff contends that "substantial damage" was sustained but

13  provides no evidence that the market for his artwork was diminished or was

14  negatively impacted.  The Plaintiff has provided no evidence that our chalk bag

15  disrupted his sales, reduced demand for his artwork, or caused him any financial

16  damages.

17      8.      The Plaintiff recently sued Nidecker Snowboards over the same

18  artwork.  After receiving a settlement, he still hasn't added any CMI information to

19  the artwork (which he continues to make publicly available) nor has he attempted to

20  protect it in any other way.  He still has it posted available for download without

21  signature or any form of CMI.

22      9.      I can say with certainty that I did not knowingly or willfully or with

23  "reckless indifference" infringe.  I also did not falsify or remove any copyright

24  management information.  I also did not benefit substantially in any way.  Also, all

25  production of products with artwork in question ceased in 2017, at least one year

26  before I was ever contacted about this issue.

27

28

DECLARATION OF SAMUEL KRIEG IN SUPPORT OF
MOTION TO DISMISS AND TO TRANSFER VENUE - 3

**OVERCAST LAW OFFICES, PS**
23 South Wenatchee Avenue, Suite 320
Wenatchee, WA 98801
Telephone (509) 663-5588

1    10.    If I am forced to defend this lawsuit, all of my documents and

2  witnesses are located in Idaho, and it would be an excessive burden for me to be

3  forced to travel to Washington to defend myself.  The cost would far exceed what I

4  can realistically afford.

5    I declare under penalty of perjury under the laws of the United States of

6  America that the foregoing is true and correct and if called to testify, I could and

7  would competently do so.

8    Executed on this 8th day of August 2019, at Pocatello, Idaho.

9

10    _____

     Samuel Krieg

OVERCAST LAW OFFICES, PS
23 South Wenatchee Avenue, Suite 320
Wenatchee, WA 98801
Telephone (509) 663-5588

1

2

## <u>CERTIFICATE OF SERVICE</u>

3

4

5        I hereby certify that on August 9, 2019, I electronically transmitted the

6    foregoing document using the CM/ECF system for filing, which will transmit the

7    document electronically to all registered participants as identified on the Notice of

8    Electronic Filing, and paper copies have been served on those indicated as non-

9    registered participants.

10

11                                    /s/ David A. Kazemba
                                      David A. Kazemba, WSBA # 48049
12                                    Attorney for Defendants

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OVERCAST LAW OFFICES, PS
23 South Wenatchee Avenue, Suite 320
Wenatchee, WA 98801
Telephone (509) 663-5588