JURYDEMAND,TRANSOUT

# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CIVIL DOCKET FOR CASE #: 2:19−cv−00951−JLR

Hong v. Recreational Equipment Inc et al  
Assigned to: Judge James L. Robart  
Cause: 17:101 Copyright Infringement

Date Filed: 06/18/2019  
Date Terminated: 10/25/2019  
Jury Demand: Plaintiff  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question

**Plaintiff**

**Tony Hong**     represented by     **Christopher M Huck**  
GOLDFARB & HUCK ROTH RIOJAS, PLLC  
925 FOURTH AVENUE, STE 3950  
SEATTLE, WA 98104  
206−452−0260  
Fax: 206−397−3062  
Email: huck@goldfarb−huck.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Joanna Ardalan**  
ONE LLP  
4000 MACARTHUR BLVD  
EAST TOWER STE 500  
NEWPORT BEACH, CA 92660  
310−866−5157  
Email: jardalan@onellp.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Rogelio Omar Riojas**  
GOLDFARB & HUCK ROTH RIOJAS, PLLC  
925 FOURTH AVENUE, STE 3950  
SEATTLE, WA 98104  
206−452−0260  
Fax: 206−397−3062  
Email: riojas@goldfarb−huck.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Recreational Equipment Inc**     represented by     **David A Kazemba**  
*a Washington corporation*                              OVERCAST LAW OFFICE, PS  
23 S. WENATCHEE AVE., STE 320  
WENATCHEE, WA 98801  
509−663−5588  
Email: dkazemba@overcastlaw.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**Samuel Krieg**  represented by **David A Kazemba**
*doing business as* (See above for address)
Krieg Climbing Cycling *ATTORNEY TO BE NOTICED*
*doing business as*
Krieg USA

**Defendant**

**Does 1–10** represented by **David A Kazemba**
*inclusive* (See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/18/2019 | Ï 1 | COMPLAINT against All Defendants with JURY DEMAND (Receipt # 0981–5812856), filed by Tony Hong. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Summons Recreational Equipment Inc., # 5 Summons Samuel Krieg, # 6 Civil Cover Sheet)(Riojas, Rogelio) (Entered: 06/18/2019) |
| 06/19/2019 | Ï | Judge James L. Robart added. (SNP) (Entered: 06/19/2019) |
| 06/19/2019 | Ï 2 | NOTICE TO FILER: re 1 Complaint,. **Notice of Filing Deficiency** <br> ** Action Required ** See Attached Letter for More Information and Instructions. (SNP) (Entered: 06/19/2019) |
| 06/19/2019 | Ï 3 | Summons(es) Electronically Issued as to defendant(s) Samuel Krieg, Recreational Equipment Inc (Attachments: # 1 Summons)(SNP) (Entered: 06/19/2019) |
| 06/20/2019 | Ï 4 | REPORT on the filing or determination of an action. Mailed to the US Copyright Office (SNP) (Entered: 06/20/2019) |
| 06/28/2019 | Ï 5 | AFFIDAVIT of Service of Summons and Complaint on Recreational Equipment, Inc. on 6/21/2019, filed by Plaintiff Tony Hong. (Riojas, Rogelio) (Entered: 06/28/2019) |
| 08/09/2019 | Ï 6 | NOTICE of Appearance by attorney David A Kazemba on behalf of Defendants Does 1–10, Samuel Krieg, Recreational Equipment Inc. (Kazemba, David) (Entered: 08/09/2019) |
| 08/09/2019 | Ï 7 | CORPORATE DISCLOSURE STATEMENT indicating no Corporate Parents and/or Affiliates. Filed pursuant to Fed.R.Civ.P 7.1. Filed by Recreational Equipment Inc (Kazemba, David) (Entered: 08/09/2019) |
| 08/09/2019 | Ï 8 | MOTION to Dismiss *and to Transfer Venue*, filed by Defendants Does 1–10, Samuel Krieg, Recreational Equipment Inc. (Attachments: # 1 Declaration of Samuel Krieg in Support of Motion to Dismiss and Transfer Venue, # 2 Proposed Order) Noting Date 9/13/2019, (Kazemba, David) (Entered: 08/09/2019) |
| 08/16/2019 | Ï 9 | ORDER REGARDING INITIAL DISCLOSURES AND JOINT STATUS REPORT by Judge James L. Robart. Joint Status Report due by 9/20/2019, FRCP 26f Conference Deadline is 8/30/2019, Initial Disclosure Deadline is 9/13/2019. (AD) (Entered: 08/16/2019) |
| 08/27/2019 | Ï 10 | APPLICATION OF ATTORNEY Joanna Ardalan FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Tony Hong (Fee Paid) Receipt No. 0981–5901373 (Riojas, Rogelio) (Entered: 08/27/2019) |

| | | |
|---|---|---|
| 08/27/2019 | 11 | ORDER re 10 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Joanna Ardalan for Plaintiff Tony Hong, by Clerk William M McCool. No document associated with this docket entry, text only.<br><br>*NOTE TO COUNSEL: Local counsel agrees to **sign all filings** and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(DS) (Entered: 08/27/2019) |
| 09/09/2019 | 12 | RESPONSE, by Plaintiff Tony Hong, to 8 MOTION to Dismiss *and to Transfer Venue*. (Attachments: # 1 Proposed Order Proposed Order Denying Motion to Dismiss)(Riojas, Rogelio) (Entered: 09/09/2019) |
| 09/09/2019 | 13 | DECLARATION of JOANNA ARDALAN filed by Plaintiff Tony Hong re 8 MOTION to Dismiss *and to Transfer Venue* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Riojas, Rogelio) (Entered: 09/09/2019) |
| 09/13/2019 | 14 | REPLY, filed by Defendants Does 1–10, Samuel Krieg, Recreational Equipment Inc, TO RESPONSE to 8 MOTION to Dismiss *and to Transfer Venue* (Kazemba, David) (Entered: 09/13/2019) |
| 09/13/2019 | 15 | DECLARATION of Samuel Krieg in Support of Motion to Dismiss and to Transfer Venue filed by Defendants Does 1–10, Samuel Krieg, Recreational Equipment Inc re 8 MOTION to Dismiss *and to Transfer Venue* (Kazemba, David) (Entered: 09/13/2019) |
| 09/20/2019 | 16 | JOINT STATUS REPORT signed by all parties estimated Trial Days: 3–5 days. Filed by Plaintiff Tony Hong.(Ardalan, Joanna) (Entered: 09/20/2019) |
| 09/24/2019 | 17 | MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES by Judge James L. Robart; Length of Trial: *1–5 days*. Jury Trial is set for 1/25/2021 at 01:30 PM in Courtroom 14106 before Judge James L. Robart. Joinder of Parties due by 10/22/2019, Amended Pleadings due by 7/29/2020, Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by 7/29/2020, Motions due by 8/28/2020, Discovery completed by 9/28/2020, Dispositive motions due by 10/27/2020, Attorney settlement conference to be held by 11/27/2020, Motions in Limine due by 12/14/2020, Pretrial Order due by 1/4/2021, Deposition Designations due by 1/6/2021, Pretrial Conference set for 1/11/2021 at 02:00 PM in Courtroom 14106 before Judge James L. Robart. Trial briefs to be submitted by 1/19/2021, Proposed voir dire/jury instructions due by 1/19/2021. (AD) (Entered: 09/24/2019) |
| 10/25/2019 | 18 | ORDER granting in part and declining to rule in part Defendant's 8 Motion to Dismiss or Transfer Venue. The court grants Defendants' motion to transfer venue to the District of Idaho, and declines to rule on Defendants; motion to dismiss in deference to the district court in the District of Idaho. Signed by Judge James L. Robart. (SWT)<br><br>The Clerk will transfer this case to the District of Idaho by electronic case transfer 15 days following the date of this filing. (Entered: 10/25/2019) |